IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:

    Kendra Randolph                                   Chapter 13 Bankruptcy
                                                    Case No.: 19-62041

        Debtor

## MOTION TO EXTEND

COMES NOW, Kimberly Yancey Brooks, counsel for Debtor, who asks that the time for the Debtor(s) to comply with the conditions contained in the Order of Continuance, be extended from October 13, 2023, to October 16, 2023. The reason for this extension is because counsel for Debtor needs additional time to go over the documents with the Debtor.

A proposed order will be sent to the Trustee for endorsement.

WHEREFORE, Counsel for Debtor(s), asks that this Motion be granted.

Dated: October 13, 2023

Kendra Randolph

By: /s/ Kimberly Yancey Brooks
Kimberly Yancey Brooks, V.S.B.#46507
Counsel for Debtor(s)
P.O. Box 16025
Greenville, SC 29606
Telephone: 434-528-1632
Email address: kbrooks@yanceybrooks.com

## CERTIFICATION

I hereby certify that a true copy of this foregoing Motion to Extend was sent by ECF on the 13th day of October 2023, to Angela Scolforo, Chapter 13 Trustee.

/s/ Kimberly Brooks